UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SCOTT J. BUTLER<br>　　Plaintiff, | CIVIL ACTION NO. 12-420 |
| VS. | MAGISTRATE JUDGE: DALBY |
| STATE OF LOUISIANA,<br>LOUISIANA DEPARTMENT OF<br>PUBLIC SAFETY AND CORRECTIONS,<br>LOUISIANA STATE POLICE AND<br>CAPTAIN TOM MADDEN<br>　　Defendants. | JUDGE: JACKSON |

### ANSWER TO PLAINTIFF SECOND AMENDED COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes State of Louisiana, through the Louisiana Department of Public Safety and Corrections, Office of State Police and Captain Tom Madden (hereinafter collectively referred to as "Defendants"), sought to be made defendants herein, who, for answer to the *Seconded Amended Complaint* filed on behalf of Plaintiff, Scott J. Butler ("Butler"), deny each and every allegation therein except as may be expressly admitted hereinafter and asserts the following affirmative defenses, to wit, as follows:

### FIRST DEFENSE

The Plaintiff's claims are barred by prescription.

### SECOND DEFENSE

The Plaintiff's Original Complaint, Amended Complaint and Second Amended Complaint fails to state a claim upon which relief can be granted.

### THIRD DEFENSE

The Plaintiff posed a direct threat to the health and safety of others in the workplace and reasonable accommodation could not be accomplished.

## ELEVENTH DEFENSE

The Defendants plead that to the extent that the Plaintiff has suffered any damage, which is denied, the Plaintiff has failed to mitigate his alleged damages.

## TWELFTH DEFENSE

In the alternative, in the event the defendants or anyone for whom it is responsible is found liable under any theory of state law, the State asserts the limitation of liability under LSA R.S. 13:5101, *et seq*.

## THIRTEENTH DEFENSE

The Defendants affirmatively plead the defenses of res judicata, collateral estoppel and equitable estoppel to all allegations and claims asserted in the *Petition for Damages* which have been previously dismissed or investigated and addressed by appropriate disciplinary and/or remedial action.

## FOURTEENTH DEFENSE

The *Petition for Damages* is precluded and/or estopped from asserting any claims of alleged discrimination in the Petition which were not asserted in Plaintiff's Equal Employment Opportunity Charge of Discrimination or Louisiana Commission on Human Rights Complaint, if such a charge was filed. Allegations of discrimination made in the Petition, but not in the Equal Employment Opportunity Charge of Discrimination or Louisiana Commission on Human Rights Complaint, are time-barred or prescribed, or alternatively, the Plaintiff is barred from asserting any such claims for failure to exhaust his administrative remedies.

## FIFTEENTH DEFENSE

The Defendants reserve the right to supplement and amend its answer and affirmative defenses to assert additional defenses that may be revealed during discovery in the course of these proceedings.

I.

Defendants incorporate herein its Answer to the Plaintiff's *Original Complaint* and *First Amended Complaint*, including all affirmative defenses asserted therein.

1.

*Defendants admit Butler is employed as a State Trooper by the State of Louisiana, Department of Public Safety, Louisiana State Police. The remaining allegation contained in Paragraph 1 is denied for lack of sufficient information to justify a belief therein.*

2.

*Defendants admit State of Louisiana, Department of Public Safety, Louisiana State Police is Butler's employer. The remaining allegations contained in Paragraph 2 are legal conclusions that require no response from defendants.*

3.

*The allegations contained in Paragraph 3 are denied as written.*

4.

*The allegations contained in Paragraph 4 are admitted.*

5.

*The allegations contained in Paragraph 5, including sub-parts are, denied.*

6.

*Defendant expressly denies that Plaintiff was subjected to acts of discrimination. The remaining allegations contained in Paragraph 6 are denied for lack of sufficient information to justify a belief therein.*

7.

*The allegations contained in Paragraph 7 are denied.*

8.

*The allegations contained in Paragraph 8 are denied.*

9.

*The allegations contained in Paragraph 9 are denied.*

10.

*The allegations contained in Paragraph 10 are denied.*

11.

*The allegations contained in Paragraph 11 are denied.*

12.

*The allegations contained in Paragraph 12 are denied.*

13.

*The allegations contained in Paragraph 13 are denied.*

14.

*The allegations contained in Paragraph 14 are denied.*

## II.

**AND NOW**, for answer to the additional allegations of Plaintiff's *Second Amended Complaint* the Defendants the State of Louisiana, through the Louisiana Department of Public Safety and Corrections, Office of State Police and Captain Tom Madden deny each every allegation of the Plaintiff's *Second Amended Complaint* except as may be expressly admitted herein below:

15.

The allegations contained in Paragraph 15 are legal conclusions that require no response from defendants.

16.

The allegations contained in Paragraph 16 are legal conclusions that require no response from defendants.

17.

The allegations contained in Paragraph 17 are denied.

18.

The allegations contained in Paragraph 18 are denied.

19.

The allegations contained in Paragraph 19 are denied for lack of sufficient information to justify a belief therein.

20.

The allegations contained in Paragraph 20 are denied.

21.

The defendants deny that the plaintiff is entitled to the relief sought in Paragraph 21.

22.

The allegations contained in Paragraph 22 are legal conclusions that require no response from defendants.

23.

The allegations contained in Paragraph 23 are denied.

24.

The allegations contained in Paragraph 24 are denied.

25.

Defendants deny that plaintiff is entitled to relief sought in Paragraph 25.

Defendants pray for a trial by jury.

**WHEREFORE**, Defendants, State of Louisiana, through the Louisiana Department of Public Safety and Corrections, Office of State Police and Captain Tom Madden, pray that this *Answer* be deemed sufficient and that there be a *Judgment* rendered herein in favor of the Defendants and against Plaintiff, Scott J. Butler, dismissing Plaintiff's claims, with prejudice at Plaintiff's costs.

Respectfully submitted:

FORRESTER & DICK
Attorneys at Law
4981 Bluebonnet Boulevard
Baton Rouge, LA 70809
Telephone: 225-928-5400
Facsimile: 225-928-7733

By: ____s/Amy E. Newsom____
Shelly D. Dick (18865)
Amy E. Newsom (30650)

***ATTORNEYS FOR STATE OF LOUISIANA, THROUGH THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, OFFICE OF STATE POLICE AND CAPTAIN TOM MADDEN***

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 12th day of November, 2012 a copy of the foregoing *Answer and Affirmative Defenses* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by the operation of the court's electronic filing system.

/s   Amy E. Newsom
**AMY E. NEWSOM**