UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SCOTT J. BUTLER<br>Plaintiff, | CIVIL ACTION NO. 12-420 |
| VS. | MAGISTRATE JUDGE: DALBY |
| STATE OF LOUISIANA,<br>LOUISIANA DEPARTMENT OF<br>PUBLIC SAFETY AND CORRECTIONS,<br>LOUISIANA STATE POLICE AND<br>CAPTAIN TOM MADDEN<br>Defendants. | JUDGE: JACKSON |

## MOTION TO COMPEL

**NOW INTO COURT,** through undersigned counsel, comes defendants herein, Department of Public Safety (DPS), the Louisiana State Police (LSP) and the head of Troop G, Captain Tom Madden, who respectfully request this Honorable Court to issue an order compelling Plaintiff to produce psychiatric records as requested in discovery for the reasons more fully explained the *Memorandum in Support*.

**WHEREFORE,** Department of Public Safety (DPS), the Louisiana State Police (LSP) and the head of Troop G, Captain Tom Madden respectfully requests that their *Motion to Compel* be granted.

Respectfully submitted:

FORRESTER & DICK
Attorneys at Law
4981 Bluebonnet Boulevard
Baton Rouge, LA  70809
Telephone:    225-928-5400
Facsimile:      225-928-7733

By:      s/Amy E. Newsom
         Shelly D. Dick (18865)
         Amy E. Newsom (30650)

***ATTORNEYS FOR DEFENDANTS***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 12th day of November, 2012 a copy of the foregoing *Motion to Compel* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by the operation of the court's electronic filing system.

/s   Amy E. Newsom
**AMY E. NEWSOM**

UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SCOTT J. BUTLER<br>Plaintiff, | CIVIL ACTION NO. 12-420 |
| VS. | MAGISTRATE JUDGE: DALBY |
| STATE OF LOUISIANA,<br>LOUISIANA DEPARTMENT OF<br>PUBLIC SAFETY AND CORRECTIONS,<br>LOUISIANA STATE POLICE AND<br>CAPTAIN TOM MADDEN<br>Defendants. | JUDGE: JACKSON |

## ORDER

Considering the foregoing *Motion to Compel* filed by Defendants, Department of Public Safety (DPS), the Louisiana State Police (LSP) and the head of Troop G, Captain Tom Madden:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the *Motion to Compel* is hereby GRANTED and plaintiffs shall produce responses to Interrogatory Number 7, Request for Production Number 5, and Request for Production Number 7 within _____days of this order.

**THUS DONE AND SIGNED** this ____ day of _____, 2012 at Baton Rouge, Louisiana.

_____
U.S.D.C. JUDGE