UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF LOUISIANA

SCOTT J. BUTLER                                    CIVIL ACTION NO. 12-420
    Plaintiff,

VS.                                                MAGISTRATE JUDGE: DALBY

STATE OF LOUISIANA,
LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND CORRECTIONS,
LOUISIANA STATE POLICE AND
CAPTAIN TOM MADDEN                                 JUDGE: JACKSON
    Defendants.

## DEFENDANTS FIRST SET OF INTERROGATORIES TO PLAINTIFF

To:    Scott J. Butler
    *Through his attorney of record:*
    Pamela R. Jones
    LAW OFFICE OF PAMELA R. JONES
    416 Travis St. Suite 1104
    Shreveport, LA 71101

**NOW COMES,** through undersigned counsel, Defendants, State of Louisiana, through the

Louisiana Department of Public Safety and Corrections, Office of State Police and Captain Tom

Madden (hereinafter collectively referred to as "Defendants"), who pursuant the Federal Rules of

Civil Procedure requests that the plaintiff, Scott J. Butler, answer the following *Interrogatories* in

writing and under oath within thirty (30) days of service hereof.

## I.    GENERAL INSTRUCTIONS AND DEFINITIONS

    A.    **Definitions**

    1.    The terms "You" and "Yours" shall mean Scott J. Butler and each and every

individual who, because acting in Scott J. Butler's behalf, can furnish information, including agents,

attorneys, investigators and representatives having knowledge of any matter which is the subject to

the Interrogatories propounded herein and who can provide the information requested.

    2.    The terms "Document" or "Writing" shall mean any documents and/or writings



defined in Article 1461 of the Louisiana Code of Civil procedure including any printed, non-printed, photocopied, photographed, graphic medium of any kind containing matters within the scope of Articles 1422 through 1425 of the Louisiana Code of Civil Procedure and which are in the possession, custody and/or control of Scott J. Butler.

     3.    The Term "Accident" shall mean the injury which you allege occurred which forms the basis of your Suit.

     4.    The term "Suit" shall mean the suit captioned above.

     **B.**    **<u>Responses to Interrogatories</u>**

You shall answer separately and fully, in writing, and under oath, each Interrogatory propounded herein, within fifteen (15) days of service of these Interrogatories. The answers are to be signed by the person making them, and the objections are to be signed by the attorney making them, according to the provisions of Article 1458 of the Louisiana Code of Civil Procedure.

     **C.**    **<u>Objections</u>**

If You remain unresponsive to any Interrogatory, whether on the basis of privilege, work product or otherwise, You shall state in full, the reasons for such objection, describing in detail the nature of the privilege asserted or the basis for a claim of work product.

**II.**    **<u>INTERROGATORIES</u>**

THE FOLLOWING INTERROGATORIES ARE PROPOUNDED TO THE PLAINTIFF PURSUANT TO ARTICLES 1457 AND 1458 OF THE LOUISIANA CODE OF CIVIL PROCEDURE TO BE ANSWERED IN WRITING, UNDER OATH, AND WITHIN THE DELAYS ALLOWED BY LAW.

**<u>INTERROGATORY NUMBER 1:</u>**

Please state the following:

    a.   Your full name, including nicknames;
    b.   Current residential address;
    c.   Driver's license number; and
    d.   Social Security Number.

**INTERROGATORY NUMBER 2:**

Please identify similarly situated trooper(s) who was treated more favorably than you. As to each trooper, indicate specific instances or occurrences in which that particular trooper was treated more favorably.

**INTERROGATORY NUMBER 3:**

List all dates and amount of overtime you alleged you missed in Paragraph 7 of your *Complaint*, including a calculation of all alleged loss.

**INTERROGATORY NUMBER 4:**

Name the individuals referred to in Paragraph 8 of your *Complaint* who "made comments and statements" as well as who each person made such statements to.

**INTERROGATORY NUMBER 5:**

State how the psychiatric examination was "excessive in scope" as alleged in Paragraph 9 of your *Complaint*.

**INTERROGATORY NUMBER 6:**

Name the non-privileged individuals who received information from the report as alleged in Paragraph 9 of your *Complaint*.

**INTERROGATORY NUMBER 7:**

Identify each and every medical provider that treated you for any psychiatric problems, including counselors and psychologist, in the last 10 years.

**INTERROGATORY NUMBER 8:**

Identify and describe any suits, claims or causes of action which you have made against any other person or entity for claims of property damage, personal injury or bodily injury. As to each state:

    a. The date of occurrence which gave rise to the claim, suit or cause of action;
    b. The person, party or entity against whom a claim, cause of action or suit was asserted; and
    c. The name of the Court where the lawsuit, if any, was filed and the docket number of the

case.

**INTERROGATORY NUMBER 9:**

Identify the name and field of specialty of any and all medical providers including but not limited to hospitals, physicians, chiropractors, nurses, home health agencies, psychologists, counselors, and psychiatrics with whom you have consulted and/or treated for any reason in the last ten years. As to each medical provider identified, describe the treatment received.

**INTERROGATORY NUMBER 10:**

Are you substantially limited in walking, seeing, hearing, speaking, breathing or working? If so, how?

**INTERROGATORY NUMBER 11:**

Identify all expert witnesses you may call at the trial of this matter. As to each, describe each expert's field of expertise, the proposed subject matter of their testimony and the substance of their testimony.

**INTERROGATORY NUMBER 12:**

Identify all fact witnesses you might call at the trial of this matter, and as to each, provide a current address, a current telephone number, and the content of proposed testimony.

**INTERROGATORY NUMBER 13:**

Identify all fact individuals you have consulted regarding this matter, regardless of whether you will call them at trial, and as to each, provide a current address and a current telephone number.

**INTERROGATORY NUMBER 14:**

Identify each and every exhibit which you may introduce at the trial.

**INTERROGATORY NUMBER 15:**

Identify each and every pharmacy where you have filled prescriptions for the last ten years. As to each pharmacy, provide the name and address.

## INTERROGATORY NUMBER 16:

Please state whether or not you have ever filed for protection from your creditors under Chapter 11 or Chapter 13 of the United States Bankruptcy Code. If so, please provide the date or year when your bankruptcy proceedings were filed, the jurisdiction in which Your bankruptcy proceedings were filed, and if Your bankruptcy proceedings are presently pending, please identify the name, address and telephone number of the Trustee assigned to Your bankruptcy.

Respectfully submitted:

FORRESTER, DICK & CLARK
Attorneys at Law
4981 Bluebonnet Boulevard
Baton Rouge, LA 70809
Telephone:    225-928-5400
Facsimile:    225-928-7733

By:    _Amy E. Newsom_
Shelly D. Dick (18865)
Amy E. Newsom (30650)

***ATTORNEYS FOR STATE OF LOUISIANA, LOUISIANA DEPT OF PUBLIC SAFETY AND CORRECTIONS, OFFICE OF STATE POLICE AND CAPTAIN TOM MADDEN***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing *Interrogatories* has been transmitted via first class U. S. Mail, properly addressed and postage prepaid, to all known counsel of record, this 6th day of August , 2012 at Baton Rouge, Louisiana.

_Amy E. Newsom_
**AMY E. NEWSOM**

## UNITED STATES DISTRICT COURT FOR THE

## MIDDLE DISTRICT OF LOUISIANA

SCOTT J. BUTLER                                     CIVIL ACTION NO. 12-420
    Plaintiff,

VS.                                                 MAGISTRATE JUDGE: DALBY

STATE OF LOUISIANA,
LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND CORRECTIONS,
LOUISIANA STATE POLICE AND
CAPTAIN TOM MADDEN                                  JUDGE: JACKSON
    Defendants.

## DEFENDANTS FIRST SET OF REQUEST FOR PRODUCTION TO PLAINTIFF

    To:    Scott J. Butler
            *Through his attorney of record*:
            Pamela R. Jones
            LAW OFFICE OF PAMELA R. JONES
            416 Travis St. Suite 1104
            Shreveport, LA 71101

**NOW COMES,** through undersigned counsel, Defendants, State of Louisiana, through the

Louisiana Department of Public Safety and Corrections, Office of State Police and Captain Tom

Madden (hereinafter collectively referred to as "Defendants"), who pursuant the Federal Rules of

Civil Procedure requests that the plaintiff, Scott J. Butler, answer the following *Request for Production of*

*Documents* in writing and under oath within thirty (30) days of service hereof.

I.    GENERAL INSTRUCTIONS AND DEFINITIONS

    A.    <u>Definitions</u>

    1.    The terms "You" and "Yours" shall mean Scott J. Butler and each and every
        individual who, because acting in your behalf, can furnish information, including
        agents, attorneys, investigators and representatives having knowledge of any matter
        which is the subject to the Interrogatories propounded herein and who can provide
        the information requested.

    2.    The terms "Document" or "Writing" shall mean any documents and/or writings
        defined in the Federal Rules of Civil Procedure including any printed, non-printed,
        photocopied, photographed, graphic medium of any kind containing matters within
        the scope of the Federal Rules of Civil Procedure and which are in the possession,

custody and/or control of Scott Butler.

3.      The Term "Accident" shall mean the injury which you allege occurred on which forms the basis of your Suit.

4.      The term "Suit" shall mean the suit captioned above.

## II.    GENERAL INSTRUCTIONS

### A.    Organization of Documents Produced

You shall produce documents as they are kept in the usual course of business or you shall organize and label them to correspond with categories in each request.

### B.    Response to Request for Production

You shall serve a written response to these Requests for Production within thirty (30) days after service of these requests, which response shall state, with respect to each item and/or category of documents, that inspection and copying will be permitted as requested unless the request is objected to, in which event the reasons for objection shall be stated. If objection is made to part of an item or category of documents, the part objected to shall be specified.

### C.    Documents Not Produced

If any document is withheld, whether on the basis of privilege or otherwise, you shall:

a) State the date of the document;
b) State the name, address and job title of each author of the document;
c) State the name, address and job title of each person to whom the document and/or copy thereof was transmitted or delivered;
d) Describe the nature of the document; and
e) Describe in detail the privilege asserted or other reason for withholding the document.

If any document is not produced because you claim it to be lost, misplaced, mislaid, stolen, destroyed and/or no longer in existence or available to you then with regard to each such document, in addition to being identified as required above you shall fully describe all facts supporting your assertion of loss, destruction or other unavailability of the documents.

## REQUEST FOR PRODUCTION NUMBER 1:

Please produce all documents which substantiate allegations contained in Paragraph 5 of your *Complaint*, including all sub-parts.

## REQUEST FOR PRODUCTION NUMBER 2:

Please produce all documents submitted to the Louisiana Commission on Human rights.

2

**REQUEST FOR PRODUCTION NUMBER 3:**

Please produced all documents submitted to Equal Employment Opportunity Commission.

**REQUEST FOR PRODUCTION NUMBER 4:**

Please provide any and all statements, be they recorded, oral, written, transcribed, or of any other nature which are in the possession of plaintiff or plaintiff's attorneys, that bear any relationship to the alleged incident that forms the basis of this suit.

**REQUEST FOR PRODUCTION NUMBER 5:**

Please produce certified copies of any and all medical records and reports of any and all healthcare providers, including but not limited to, hospital records, doctor, chiropractor, physical therapy, psychological and counseling records, reports, notes, charts and bills pertaining to your alleged injuries and/or treatment or examination of the injuries and/or treatment or examination of the injuries alleged by you as a result of the incident described in your Complaint.

**REQUEST FOR PRODUCTION NUMBER 6:**

Please produce the attached duly executed and fully completed Department of the Treasury – Internal Revenue Service, Request for Copy of Tax Return.

**REQUEST FOR PRODUCTION NUMBER 7:**

Please produce the attached duly executed and fully completed Authorization for Release of Protected Health Information.

**REQUEST FOR PRODUCTION NUMBER 8:**

Please produce the attached duly executed and fully completed Authorization for Release of Employee Information.

**REQUEST FOR PRODUTION NUMBER 9:**

Please produce the attached duly executed and fully completed Social Security Earnings Authorization.

3

**REQUEST FOR PRODUCTION NUMBER 10:**

Produce C.V.'s of each and every expert you anticipate calling to testify at the trial of this matter.

**REQUEST FOR PRODUCTION NUMBER 11:**

Produce copies of all work papers, treatises, journals and all documents utilized or consulted by your expert in formulating his/her opinions in this matter.

**REQUEST FOR PRODUCTION NUMBER 12:**

Please produce any and all medical bills paid or incurred by you in connection with the incident that forms the basis of this lawsuit

**REQUEST FOR PRODUCTION NUMBER 13:**

Please produce each exhibit, document, object, or demonstrative aid which you may or intend to introduce as an exhibit during the trial of this matter or in support of your claim

Respectfully submitted:

FORRESTER, DICK & CLARK
Attorneys at Law
4981 Bluebonnet Boulevard
Baton Rouge, LA 70809
Telephone:    225-928-5400
Facsimile:    225-928-7733

By: _Amy E. Newsom_

Shelly D. Dick (18865)
Amy E. Newsom (30650)

*ATTORNEYS FOR STATE OF LOUISIANA,*
*LOUISIANA DEPT OF PUBLIC SAFETY AND*
*CORRECTIONS, OFFICE OF STATE*
*POLICE AND CAPTAIN TOM MADDEN*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the above and foregoing *Request for Production of Documents* has been transmitted via first class U. S. Mail, properly addressed and postage prepaid, to

4

all known counsel of record, this 16th day of August_____, 2012 at Baton Rouge, Louisiana.

_____

**AMY E. NEWSOM**