# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SCOTT J. BUTLER | CIVIL ACTION NO. 12-cv-420 |
| VERSUS | JUDGE JACKSON |
| STATE OF LOUISIANA, LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, LOUISIANA STATE POLICE, AND CAPTAIN TOM MADDEN | MAGISTRATE JUDGE DALBY |

## BUTLER'S STATEMENT OF RELEVANT FACTS

| | | |
|---|---|---|
| 1. | On February 8, 2011, Dr. Cary Rostow of Matrix, Incorporated ("Matrix") performed a psychological fitness for duty evaluation (FFDE) on Louisiana State Police trooper Scott Butler at the request of Butler's employer, the Department of Public Safety ("DPS"), Louisiana State Police ("LSP"). | |
| 2. | Butler sued the DPS/LSP for disability discrimination, citing as one of the grounds for suit the February, 2011, FFDE conducted by Dr. Rostow at Matrix, Inc. | Doc. 9, ¶5(f) |
| 3. | In January, 2013, while a motion to compel Butler to produce medical records was pending, Capt. William Davis of LSP submitted a form to Matrix for purposes of referring Trooper Butler for a second FFDE. | Ex. 1 |
| 4. | On January 23, 2013, LSP issued a written order for Butler to submit to a FFDE at Matrix, to authorize the release of psychological and psychiatric records to Matrix, and to waive his right to read the Matrix FFDE report. | Ex. 2 |
| 5. | Butler refused to submit to the second FFDE order on those terms. | Ex. 3 |
| 6. | Butler's employment was terminated because he refused to comply with the second FFDE order. | Ex. 4 |
| 7. | Butler amended his lawsuit to add claims arising from the second FFDE and termination of his employment | Doc. 36 |

1

| | | |
|---|---|---|
| 8. | Dr. Robert Davis, a principal of Matrix, was the psychologist performing fitness for duty examinations in January, 2013. | Ex. 5, Matrix 30(b)(6), p. 18-22. |
| 9. | In defense of the second FFDE, Defendant contends that Matrix issued an appointment for Butler and that an appointment would not have been given had Dr. Davis not approved the January, 2013, FFDE referral. | Ex. 6, Capt. Davis Dep., p. 86, ll. 4-8; 15-20; p. 57, ll. 14-24. |
| 10. | In February, 2013, Butler's counsel subpoenaed Butler's Matrix file. | Ex. 7 |
| 11. | Dr. Davis assembled the documents responsive to the February, 2013, subpoena. | Ex. 5, Matrix 30(b)(6), p. 13, ll 22-25; p. 14, ll 1-3, |
| 12. | Dr. Davis obtained the documents from a folder that contained all of the documents Matrix maintained on Scott Butler. | Ex. 5, Matrix 30(b)(6), p. 14, ll 9-22. |
| 13. | When he was putting together the response to the February, 2013, subpoena, Dr. Davis withheld from production a memo from a DPS attorney to LSP Lt. Col. Wynne dated Oct. 17, 2011. | Ex. 5, p. 25, ll. 14-25; p. 26, ll. 1-12; p. 27, ll. 19-23; p. 30, ll. 1-25; p. 31, ll. 1-4. |
| 14. | Dr. Davis died October 31, 2013. | Ex. 7, p. 9, ll. 16-17. |
| 15. | In May, 2014, Butler's counsel issued a second subpoena to Matrix for additional records. | Ex. 8 |
| 16. | In response to the May subpoena, Matrix disclosed for the first time that it was withholding documents on grounds of privilege. | Ex. 9 |
| 17. | By letter dated June 20, 2014, Matrix, through its legal counsel, identified the documents that were withheld. These were (1) a memo from Kathy Williams, legal counsel to DPS, to Lt. Wynne of LSP dated October 17, 2011; (2) the trademarked /copyrighted material Dr. Rostow had described; and (3) a string of e-mails between LSP counsel and Doctors Rostow and Davis dated March, 2013 through April, 2013. | Ex. 10 |
| 18. | On June 26, 2014, Butler's counsel deposed a representative of Matrix, Inc. concerning record production. | Ex. 5 |
| 19. | Dr. Davis collected the documents that were responsive to the February 2013 subpoenas and had instructed that the October 17, 2011 memo be withheld. | Ex. 5, Matrix 30(b)(6) p. 13, ll. 22-25; p. 14, ll. 1-18; p. 24, ll. 16-25; p. 25, ll. 1-25; p. 26, ll. 1-12 |

| 20. | Dr. Davis died October 31, 2013. | Ex. 5, Matrix 30(b)(6) p. 9, ll. 14-17 |
|---|---|---|
| 21. | Matrix maintained a file of all documents pertaining to Scott Butler. | Ex. 5, Matrix 30(b)(6) p. 14, ll. 16-17. |
| 22. | Matrix maintained no documents pertaining to Scott Butler outside of that file. | Ex. 5, Matrix 30(b)(6), p. 14, ll. 19-22. |
| 23. | Matrix had no source of documents concerning Butler other than LSP and Butler. | Ex. 5, Matrix 30(b)(6), p. 29, ll. 5-9. |
| 24. | Matrix has no reason to believe that the memo of Oct. 17, 2011, was provided to Matrix by anyone other than LSP. | Ex. 5, Matrix, 30(b)(6), p. 28, ll. 25; p. 29, ll. 1-4. |
| 25. | The Oct. 17, 2011, memo was in Butler's file when Dr. Davis reviewed the file for purposes of responding to the subpoena in February, 2013. | Ex. 5, Matrix 30(b))6), p. 30, ll. 1-25; p. 31, ll. 1-4. |
| 26. | LSP Internal Affairs representative Capt. William Davis had been sending documents to Matrix in January, 2013, for purposes of referring Butler for a second FFDE. | Ex. 6, Capt. Davis, p. 15, ll. 5-25; p. 16, ll. 1-5. |
| 27. | The records Capt. Davis sent to Matrix in January, 2013, had been provided to him through LSP command staff, which included the captain, lt. colonel and colonel. | Ex. 6, p. 15, ll. 12-25; p. 16, ll. 1-5; p. 33, ll. 17-23. |

Respectfully submitted,

DOWNER & WILHITE, L.L.C.

By: */s/ Pamela R. Jones*
    Pamela R. Jones, No. 19640
    401 Market St., Ste. 1250
    Shreveport, LA 71101
    318-213-4444
    318-213-4445 (fax)
    pjones@dhw-law.com
    ATTORNEYS FOR PLAINTIFF
    SCOTT M. BUTLER

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing document has been served upon counsel for the Defendants by e-mail through the Court's electronic case filing system to the e-mail addresses on file for:

AMANDA CLARK                                                      aclark@foresterclark.com
Forrester & Clark
4981 Bluebonnet Blvd.
Baton Rouge, LA  70809
**ATTORNEYS FOR DEFENDANTS STATE OF LOUISIANA, LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, LOUISIANA STATE POLICE, AND CAPTAIN TOM MADDEN**

Thus done and signed in Shreveport, Louisiana, this 30th day of June, 2014.

                                                                 */s/ Pamela R. Jones*
                                                                    OF COUNSEL