UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **SCOTT J. BUTLER**<br>    Plaintiff, | **CIVIL ACTION NO. 12-420** |
| **VS.** | **MAGISTRATE JUDGE: DALBY** |
| **STATE OF LOUISIANA,**<br>**LOUISIANA DEPARTMENT OF**<br>**PUBLIC SAFETY AND CORRECTIONS,**<br>**LOUISIANA STATE POLICE AND**<br>**CAPTAIN TOM MADDEN,**<br>    Defendants. | **JUDGE: JACKSON** |

## UNOPPOSED MOTION FOR LEAVE OF COURT TO FILE A REPLY BRIEF TO IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT come through undersigned counsel, come Defendants, the State of Louisiana, Louisiana Department of Public Safety and Corrections, Louisiana State Police and Captain Tom Madden who respectfully request leave of court to file a reply brief in Support of State's Motion for Summary Judgment.

Defendants' contacted opposing counsel of record and was advised that they have no objection to this motion for leave and no objection to the filing of a reply brief.

WHEREFORE, the State of Louisiana, Louisiana Department of Public Safety and Corrections, Louisiana State Police and Captain Tom Madden, pray that their Motion for Leave to file a reply brief to Plaintiff's Memorandum in Opposition to State's Motion for Summary Judgment be GRANTED.

Respectfully submitted:

FORRESTER & CLARK
Attorneys at Law
4981 Bluebonnet Boulevard
Baton Rouge, LA  70809
Telephone: 225-928-5400
Facsimile: 225-928-7733

1

By:   /s/Amanda G. Clark
      Amanda G. Clark (24432)
      Mason C. Johnson (32168)
      Erica M. Schirling (34753)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 22, 2014 a copy of the foregoing *Unopposed Motion for Leave of Court to file a Reply Brief to the Plaintiff's Memorandum in Opposition to to Defendants' Motion for Summary Judgment* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by the operation of the court's electronic filing system.

      /s/Amanda G. Clark
      AMANDA G. CLARK